IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEO DESANTIS, JR.,

      Plaintiff,                     No. CIV S-07-2669 WBS EFB P

      vs.

YOLO COUNTY DETENTION CENTER, et al.,

      Defendants.               ORDER

_____/

Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). This application is incomplete, as it is lacking the signed certificate portion of the form as well as a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of his complaint.

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

1

1  Plaintiff has not submitted the required trust account statement.

2  Accordingly, it is hereby ORDERED that:

3  1. Plaintiff has 30 days from the date this order is served to submit the required trust
4  account statement. Failure to comply with this order will result in a recommendation that
5  this action be dismissed.

6  2. The Clerk of the Court is directed to send to plaintiff a copy of the form used in this
7  district to apply for *in forma pauperis* status.

8  So ordered.

9  DATED: April 7, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE