**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROBERT L. DeSANTIS, JR. ) | Case No.  2:07-cv-02669-MMS |
| ) | |
| Plaintiff, ) | ORDER DISMISSING ACTION FOR |
| v. ) | FAILURE TO PROSECUTE |
| ) | |
| YOLO COUNTY DETENTION CENTER, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

     Plaintiff is a California state prisoner proceeding pro se. On December 11, 2007, Plaintiff filed a complaint under 42 U.S.C. § 1983 against Yolo County Detention Center and one of its officers.  On July 9, 2009, the court served on Plaintiff an order granting his request to proceed *in forma pauperis*.  In that order the court also dismissed without prejudice certain defective claims in Plaintiff's complaint, and provided him an opportunity to either proceed with his cognizable claims by returning within 20 days materials for service of process on the Defendants, or to amend the complaint within 30 days.  More than 30 days have now passed and Plaintiff has neither returned the materials for service of process nor filed an amended complaint.

Plaintiff's action is DISMISSED without prejudice for failure to prosecute. IT IS SO ORDERED.

DATED: August 21, 2009

/s/ *Mary M. Schroeder*

MARY M. SCHROEDER,

United States Circuit Judge

Sitting by designation